UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

EMA FINANCIAL LLC,

                Plaintiff,

Case No. 1:18-cv-03634-NRB

v.

nFUSZ, INC.,

                Defendant.

**AFFIDAVIT OF SERVICE**

-----------------------------------------------------------x

STATE OF NEW YORK    )
                              :ss:
COUNTY OF NEW YORK  )

ANTHONY M. PABON, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside in Bayonne, New Jersey.

2. On April 27, 2018, I served a true a copy of the Summons, Complaint with Exhibits attached thereto, Civil Cover Sheet, and Judge Naomi Reice Buchwald's Individual Rules in accordance with the contract between the parties, upon:

        nFUSZ, Inc.
        344 S. Hauser Blvd., Suite 414
        Los Angeles, CA 90036

by Federal Express overnight delivery service, by depositing a true copy thereof, securely enclosed in a properly addressed wrapper, into the custody of Federal Express, an overnight delivery service, for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery, at the address designated above for said purpose.

                                                          _____
                                                               ANTHONY M. PABON

Sworn to before me this
8TH day of May, 2018

_Lourdes C. Perez_
Notary Public

                LOURDES C. PEREZ
      NOTARY PUBLIC-STATE OF NEW YORK
595678-1            No. 01PE6319934
          Qualified in New York County
    My Commission Expires February 23, 2019